UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS, | No. 2:15-cv-2274 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEROME PRICE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2016, the undersigned ordered that if plaintiff did not file a second amended complaint within thirty days, the court would order service of the original complaint. Thirty days passed and plaintiff did not file a second amended complaint.

By an order filed September 20, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his original complaint which are required to effect service of the original complaint on the defendants. On October 28, 2016, plaintiff submitted the USM-285 forms but failed to file the copies of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to the plaintiff one copy of the complaint; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the three copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: January 19, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cham2274.8f