UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS, | No.  2:15-cv-2274 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEROME PRICE, et al., | |
| Defendants. | |

Plaintiff is a prisoner, proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On February 27, 2017, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant D. Valadez was returned unserved because "Sgt. Valadez is no longer working for the department.  There is no forwarding address and telephone number is no longer in service."  Accordingly, plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

1

1  an instruction sheet and a copy of the complaint filed November 2, 2015;

2     2. Within sixty days from the date of this order, plaintiff shall complete and submit the

3  attached Notice of Submission of Documents to the court, with the following documents:

4      a. One completed USM-285 form for each defendant;

5      b. Two copies of the endorsed complaint filed November 2, 2015; and

6      c. One completed summons form (if not previously provided) or show good cause

7  why he cannot provide such information.

8  Dated: April 5, 2017

9

10  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

11

12  cham2274.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEROME PRICE, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2274 KJN P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　_____　　completed summons form

　　___1___　　completed USM-285 forms

　　___2___　　copies of the ___11/02/15___
　　　　　　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff

3