UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS, | No. 2:15-cv-2274 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEROME PRICE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2017, the undersigned ordered the United States Marshal to serve plaintiff's complaint on defendants Valadez and Zapata. (ECF No. 20.)

On March 27, 2017, service was returned unexecuted on defendant Valadez. (ECF No. 22.) The returned USM-285 form stated that defendant Valadez no longer worked for the department, there was no forwarding address and defendant Valadez's telephone number was no longer in service. (Id.)

By an order filed April 5, 2017, the undersigned ordered plaintiff to provide additional information for service of defendant Valadez. (ECF No. 23.) The undersigned ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant Valadez. (Id.)

////

1

On April 27, 2017, plaintiff submitted the copies of his complaint, but supplied defendant Zapata's information on the USM-285 form, rather than the additional information required for service of defendant Valadez. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form with instructions; and

2. Within thirty days, plaintiff shall submit to the court a completed USM-285 form required to effect service on defendant Valadez. Failure to return the copies within the specified time period will result in a recommendation that defendant Valadez be dismissed.

Dated: May 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cham2274.8f(2)