UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEROME PRICE, et al.,<br><br>　　　　　Defendants. | No. 2: 15-cv-2274 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed May 5, 2017, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant Valadez. (ECF No. 25.) That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. Accordingly, defendant Valadez should be dismissed.

The Clerk of the Court is directed to assign a district judge to this action. (See ECF No. 4 (plaintiff's decline to proceed before a U.S. Magistrate Judge).)

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

IT IS HEREBY RECOMMENDED that defendant Valadez be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cham2274.fusm
kc