# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME CHAMBERS,
          Plaintiff,                 No. 2:15-cv-2274 GEB KJN P
     vs.

JEROME PRICE, et al.
          Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                        /     **AD TESTIFICANDUM**

      Jerome Chambers, inmate AT-6487, a necessary and material witness in proceedings in this case on December 20, 2017, is confined in California Medical Facility, PO Box 2000, Vacaville, California, 95696-2000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Magistrate Judge Kendall J. Newman, to appear by video-conferencing at California Medical Facility, December 20, 2017, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California Medical Facility, PO Box 2000, Vacaville, CA 95696-2000:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 28, 2017

                                _____
                                  KENDALL J. NEWMAN
cham2274.841.vc                        UNITED STATES MAGISTRATE JUDGE