UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEROME PRICE, et al.,<br><br>    Defendants. | No. 2:15-cv-2274 GEB KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2017, the undersigned conducted a settlement conference in this action. The parties reached a settlement and agreed to voluntarily dismissed this action. (ECF No. 40.)

On May 11, 2018, plaintiff filed a letter with the court regarding the settlement. (ECF No. 42.) Plaintiff states that, pursuant to the terms of the settlement, he was to be paid $7000. Plaintiff alleges that his restitution and court costs would be paid out of that money, with the remaining money to be deposited in his trust account. Plaintiff alleges that his trust account balance should be $4341, following payment of his restitution and court costs. Plaintiff alleges that his trust account balance is instead $974.41. Attached to plaintiff's letter is a copy of his trust account statement indicating a balance of $974.41 on April 13, 2018.

////

1

The undersigned does not have information regarding the amount of restitution plaintiff owed or how the settlement money was applied to pay plaintiff's restitution.

Plaintiff is directed to make further inquiries regarding the balance of his settlement money. Plaintiff is directed to contact the litigation coordinator (or other appropriate official) at his prison in order to clarify the amount of restitution and court costs he owed, and how the settlement money was applied to pay the restitution and court costs. If, after communicating with the litigation coordinator (or other appropriate official), plaintiff still has questions regarding payment of his settlement money, he may contact the court. If plaintiff contacts the court, he shall provide all documentation received from the litigation coordinator (or other appropriate official) regarding his settlement money.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for assistance in obtaining information regarding the status of his settlement (ECF No. 42) is denied without prejudice.

Dated: May 18, 2018

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cham2274.ord
kc