UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CHAMBERS, | No. 2: 15-cv-2274 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEROME PRICE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2017, the undersigned conducted a settlement conference in this action. The parties reached a settlement and agreed to voluntarily dismissed this action. (ECF No. 40.)

On July 2, 2018, plaintiff filed his second request regarding the settlement. (ECF No. 44.) Plaintiff states that under the terms of the settlement, he was to be paid $7000.00, but he only received $5,000.00.

The undersigned has listened to the recording of the settlement placed on the court record. The parties agreed to settle this case for payment of $5,000.00, with the understanding that such proceeds would first be applied to plaintiff's restitution. The recording of the settlement confirms the undersigned's handwritten notes that the settlement was for $5,000.00. Plaintiff has provided a copy of his inmate statement report that reflects he was credited $5,000.00. The sum of

1

$3,716.99 was applied to restitution and an administrative fee, and the balance of $1,283.01 was deposited in plaintiff's inmate account. (ECF No. 44 at 4.) Thus, the settlement proceeds of $5,000.00 were properly applied, and no further assistance from the court is required.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for assistance regarding the settlement (ECF No. 44) is denied as moot.

Dated: July 11, 2018

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/cham2274.set